**Anthony LEGION, Petitioner–Appellee,**

v.

**Kenneth T. MCKEE, Warden, Respondent–Appellant.**

No. 07–2350.

United States Court of Appeals, Sixth Circuit.

Dec. 15, 2008.

Before: MOORE and WHITE, Circuit Judges; and VINSON,* District Judge.

### OPINION

PER CURIAM.

The issue raised in this habeas appeal has been conclusively decided by another panel of this court. *See Desai v. Booker*, 538 F.3d 424 (6th Cir.2008). The Opinion and Order of the district court must be, and is, REVERSED on the basis of the *Desai* decision. This case is REMANDED to the district court for further proceedings.